**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6107**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

JOHN C. CURTISS,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge.  (3:87-cr-00112-JAG-1)

———————

Submitted:  May 30, 2014            Decided:  June 6, 2014

———————

Before SHEDD and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John C. Curtiss, Appellant Pro Se.  Jessica D. Aber, OFFICE OF THE UNITED STATES ATTORNEY, Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John C. Curtiss appeals the district court's order denying his motion to correct an illegal sentence under former Fed. R. Crim. P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Curtiss, No. 3:87-cr-00112-JAG-1 (E.D. Va. Jan. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED